147 So. 926
**Catherine WEAKLEY v. STATE.**
**8 Div. 654.**

Court of Appeals of Alabama.
April 4, 1933.

Raymond Murphy, of Florence, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, Judge.

The court has read this record en banc and has reached the conclusion that a new trial should be granted. While there is a scintilla of evidence tending to prove the corpus delicti and the defendant's connection with five or six bottles of home brew found by the officers hidden in a trunk in an upstairs room of defendant's residence, we do not think the evidence rises to that degree of certainty which is necessary to a conviction in a criminal case.

The trial judge should have granted the defendant's motion for a new trial, and for that reason the judgment is reversed and the cause is remanded.

Reversed and remanded.